**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00478-CR
No. 05-13-00479-CR

**VALENTIN JUNIOR HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-61625-H, F12-61626-H**

## ORDER

The Court **REINSTATES** the appeals.

On March 21, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is that she was waiting to receive a supplemental record from the court reporter; and (4) Ms. Hendrickson indicated she could file appellant's brief within thirty days of the April 16, 2014 findings.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
JUSTICE